IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, * * * * Plaintiff, * * v. * * CYPRESS PINES, LLC, * * Defendant. * * | CV 123-120 |

ORDER

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 10.) Plaintiff filed the notice prior to Defendant having served an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of November, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA